**STATE of Missouri, Respondent,**

v.

**Steve Cordale LOTT, Appellant.**

**No. ED 104931**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: December 19, 2017

FOR APPELLANT: Ellen H. Flottman, Public Defender's Office, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203.

FOR RESPONDENT: Joshua D. Hawley, Attorney General, Nathan J. Aquino, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Gary M. Gaertner, Jr., P.J., Robert M. Clayton III, J., Angela T. Quigless, J.

### ORDER

PER CURIAM.

Steve Cordale Lott appeals the judgment, entered after a bench trial, convicting him of second-degree murder, armed criminal action, and unlawful possession of a firearm. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision.

The judgment of the trial court is affirmed under Rule 30.25(b).